

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Justin Schrader,

\* From the 266th District Court
of Erath County,
Trial Court No. CV36061.

Vs. No. 11-20-00145-CV

\* June 9, 2022

Texas Department of Public Safety,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Justin Schrader.